[No. 67170-7-I.   Division One.   July 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY MATTHEW OLEBAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00008-3, Mary Yu, J., entered May 4, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ.

[No. 67270-3-I.   Division One.   July 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHOD JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09033-5, Beth M. Andrus, J., entered June 2, 2011. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.

[No. 67313-1-I.   Division One.   July 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. K.L.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-00865-9, Michael J. Trickey, J., entered June 10, 2011. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Becker, J.

[No. 67355-6-I.   Division One.   July 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. D.V.-A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-00844-6, Helen Halpert, J., entered July 11, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Lau, JJ.